# EXHIBIT A

```
                    FILED
             2019 MAR 04 02:04 PM
                 KING COUNTY
             SUPERIOR COURT CLERK
                   E-FILED
            CASE #: 19-2-06024-7 SEA
```

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| HARBOUR HOMES, LLC, a Washington limited liability company, | NO. |
| Plaintiff, | SUMMONS |
| v. | |
| NEVADA CAPITAL INSURANCE COMPANY, a Nevada insurance company, | |
| Defendant. | |

TO:   NEVADA CAPITAL INSURANCE COMPANY

A lawsuit has been started against you in the above-entitled Court by Plaintiff Harbour Homes, LLC. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summon.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff within 20 days after the service of this Summons if served upon you within the state of Washington, or 60 days if served upon you outside the state of Washington, including the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what it asks for because you have not

SUMMONS - 1

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the undersigned attorney for the Plaintiff at the address below stated. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the state of Washington.

DATED: March 4, 2019.

ASHBAUGH BEAL LLP

By: *s/ Tristan N. Swanson*
Tristan N. Swanson, WSBA #41934
tswanson@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
*Attorneys for Plaintiff*