# EXHIBIT C

FILED
2019 MAR 04 02:04 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-06024-7 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| Harbour Homes LLC<br><br>vs<br><br>Nevada Capital Insurance Company | No. 19-2-06024-7 SEA<br><br>**CASE INFORMATION COVER SHEET AND AREA DESIGNATION**<br><br>(CICS) |

**CAUSE OF ACTION**

COM - Commercial

**AREA OF DESIGNATION**

SEA  Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.