# EXHIBIT E

**FILED**
2019 MAR 13
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 19-2-06024-7 SEA

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| **HARBOUR HOMES, LLC, A WASHINGTON LIMITED LIABILITY COMPANY**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**NEVADA CAPITAL INSURANCE COMPANY, A NEVADA INSURANCE COMPANY**<br><br>Defendant/Respondent | Cause No.:   **19-2-06024-7 SEA**<br><br>Hearing Date:<br><br><br>AFFIDAVIT OF SERVICE OF<br>**SUMMONS; COMPLAINT; ORDER SETTING CIVIL CASE SCHEDULE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of March, 2019** at **11:31 AM** at the address of **9416 DOUBLE "R" BLVD, RENO, Washoe County, NV 89511**; this declarant served the above described documents upon **NEVADA CAPITAL INSURANCE COMPANY, A NEVADA INSURANCE COMPANY** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Karen Bakios, SENIOR ADMINISTRATOR & FACILITIES COORDINATOR , PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by subject showing identification, a white female approx. 35-45 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with blonde hair. Possibly over 45 yoa; dirty blond hair. Service was actually performed at 9400 building, where office of person to accept is located, but address provided (two doors down) is part of same business and company..

No information was provided or discovered that indicates that the subjects served are members of the United States military.

For: Ashbaugh Beal
Ref #: 11320-0001

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

Tracking #: **0034119679**



| PLAINTIFF/PETITIONER: | HARBOUR HOMES, LLC, A WASHINGTON LIMITED LIABILITY COMPANY | CASE NUMBER: 19-2-06024-7 SEA |
|---|---|---|
| DEFENDANT/RESPONDENT: | NEVADA CAPITAL INSURANCE COMPANY, A NEVADA INSURANCE COMPANY | |

Service Fee Total: **$125.00**

DATED this 6TH day of March, 2019.

_____

**Jenlee Knight Parker, Reg. # R-2018-00296, Nevada**

Subscribed and Sworn to before me this _____ day of _____, 20___.

_____
NOTARY PUBLIC in and for the State of **Nevada**
Residing at: _____
My commission expires _____


For: **Ashbaugh Beal**
Ref #: **11320-0001**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

Tracking #: **0034119679**
