# EXHIBIT F

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| HARBOUR HOMES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA CAPITAL INSURANCE COMPANY, a Nevada insurance company,<br><br>Defendant. | No. No. 19-2-06024-7 SEA<br><br>**DEFENDANT NEVADA CAPITAL INSURANCE COMPANY'S NOTICE OF APPEARANCE** |

TO: The Clerk of the Court;

AND TO: Plaintiff, and their Counsel of Record.

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant Nevada Capital Insurance Company in this action without waiving the questions of:

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

NOTICE OF APPEARANCE – 1
No. 19-2-06024-7 SEA

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

6. Failure to state a claim upon which relief may be granted;

7. Failure to join a party under Rule 19;

8. Failure to bring an action within the time limited by law;

9. Improper Joinder;

10. Failure to name the proper insuring entity.

By filing this Notice of Appearance, Nevada Capital Insurance Company reserves all rights, including as to any issue of jurisdiction, venue, and/or joinder.

You are hereby directed to serve all future pleadings or papers, excepting process, upon the undersigned attorneys, at the address stated below.

DATED this 15th day of March, 2019.

                LETHER & ASSOCIATES, PLLC

*s/ Thomas Lether*_____
Thomas Lether, WSBA No. 18089
Eric J. Neal, WSBA No. 31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Defendant Nevada Capital Insurance Company*

NOTICE OF APPEARANCE – 2
No. 19-2-06024-7 SEA

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies under the penalty of perjury under the laws of the |
| 3 | State of Washington that on this date I caused to be served in the manner noted below a true |
| 4 | and correct copy of the foregoing on the parties mentioned below as indicated: |

Tristan Swanson
Ashbaugh Beal
4400 Columbia Center
701 Fifth Avenue
Seattle, WA 98104
206-386-5900
tswanson@ashbaughbeal.com
*Counsel for Harbour Homes, LLC*

**By:**   ☒ **First Class Mail**   ☒ **E-mail**   ☐ **Legal Messenger**

Dated this 15th day of March, 2019 at Seattle, Washington.

*s/ Lina Wiese*_____
Lina Wiese | Paralegal

NOTICE OF APPEARANCE – 3
No. 19-2-06024-7 SEA

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544