THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARBOUR HOMES, LLC, a Washington limited liability company, | CASE NO. C19-0432-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NEVADA CAPITAL INSURANCE COMPANY, a Nevada insurance company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 10th day of February 2020

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk