# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARBOUR HOMES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br>v.<br><br>NEVADA CAPITAL INSURANCE COMPANY, a Nevada insurance company,<br><br>Defendant. | CASE NO. C19-0432-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' *praecipe* to correct (Dkt. No. 17) their stipulation and proposed order of dismissal (Dkt. No. 15). The parties state that their previous stipulation erroneously asked that this action be dismissed without prejudice, and they now request that this action be dismissed with prejudice. (*See id*.; Dkt. No. 15). Having thoroughly considered the *praecipe* and the relevant record, the Court hereby AMENDS its prior minute order (Dkt. No. 16) as follows: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

1       DATED this 11th day of February 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk